# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-122-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| ) | RELEASE AND JUDGMENT |
| BECKY RIVAS, ) | |
| Defendant. ) | |
| _____ ) | |

On December 7, 2011, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 8, 2011. Government counsel, Christina Shay, the defendant and her appointed attorney, DFPD Anne Hwang, were present. The U.S. Probation Officer, Grant A. Meyers, was also present.

The defendant admits violation of her supervised release, as stated in the Petition filed on November 8, 2011. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on October 19, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of sixty (60)days, with no supervision to follow.

///

///

1 | IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 7, 2011

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By:\_\_\_/S/_____
    Rita Sanchez,  Deputy Clerk